UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

LONG NGOC TU,

    Plaintiff,

v.

STEFANY MILEY; BRANDON ALBRIGHT; ERIC FERRAN; GARY MODAFFERI,

    Defendants.

Case No. 2:20-cv-00292-RFB-EJY

**ORDER**

**I.  DISCUSSION**

Plaintiff is an inmate in the custody of the Clark County Detention Center ("CCDC") and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. <u>If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application including both an inmate account statement for the past six months and a properly executed financial certificate</u>.

**II.  CONCLUSION**

For the foregoing reasons, IT IS HEREBY ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this Order, Plaintiff must either: (1) file a fully complete and file application to proceed *in forma pauperis*, on

1

| | |
|---|---|
| 1 | the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) |
| 2 | pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 |
| 3 | administrative fee. |
| 4 |     IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this Order, |
| 5 | dismissal of this action may result. |
| 6 |     IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. |
| 7 | 1-1) but will not file it at this time. |
| 9 | DATED: February 21, 2020 |

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE