UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| TU, | Case No. 2:20-cv-00292-RFB-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| MILEY, *et al*., | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 17) of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered June 23, 2020.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); D. Nev. Civ. R. IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). See also D. Nev. Civ. R. IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 7, 2020.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 17) is ACCEPTED and ADOPTED in full.

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed **with prejudice.**

**IT IS FURTHER ORDERED** that all of Plaintiff's pending motions (ECF Nos. 8, 11, and 12) are dismissed as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Fourteenth Amendment claim against Officers Skerston and Coyne are dismissed **without prejudice**.

DATED: August 5, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**